
AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of North Dakota

| | | |
|---|---|---|
| United States of America<br>v.<br>Isaac Osei Afoakwa<br><br>_____<br>Defendant | ) ) ) ) ) ) ) | Case No. 1:25-cr-00131 |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_     Isaac Osei AFOAKWA                              ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

Wire Fraud
Aggravated Identity Theft
Aiding and Assisting in the Preparation and Presentation of a False and Fraudulent Tax Return
False Statements Relating to a Health Care Benefit Program
Forfeiture Notice

Date: 06/05/2025

/s/ Carla Schultz
_Issuing officer's signature_

City and state: Bismarck, North Dakota

Carla Schultz, Deputy Clerk
_Printed name and title_

---

### Return

This warrant was received on _(date)_ 6/5/25, and the person was arrested on _(date)_ 6/10/25
at _(city and state)_ Bismarck, ND.

Date: 6/10/25

Alex Schroeder
_Arresting officer's signature_

Alex Schroeder - Special Agent
_Printed name and title_